UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 03535
    MARCIA WALKER
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY


            Debtor
    SSN XXX-XX-4446


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 02/28/2007 and was confirmed 05/03/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 03/20/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CPS | SECURED VEHIC | .00 | .00 | .00 |
| CPS | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 860.00 | .00 | .00 |
| AT&T BROADBAND | UNSECURED | NOT FILED | .00 | .00 |
| FIRST CONSUMERS NATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| EMERGE | UNSECURED | NOT FILED | .00 | .00 |
| LOAN EXPRESS CO | UNSECURED | 298.00 | .00 | .00 |
| NATIONWIDE COMMERCIAL LP | UNSECURED | 1040.94 | .00 | .00 |
| FRANCISCO EMERGENCY PHYS | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 117.32 | .00 | .00 |
| UNIVERSAL LENDERS INC | UNSECURED | 1389.98 | .00 | .00 |
| NORWEGIAN AMERICAN HOSPI | UNSECURED | NOT FILED | .00 | .00 |
| WFNNB CHADWICK | UNSECURED | NOT FILED | .00 | .00 |
| SHORT TERM LOAN | UNSECURED | 979.60 | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | 25.00 | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 50.00 | .00 | .00 |
| ALLEN LEWIS & ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 404.59 | .00 | .00 |
| CREDIT UNION 1 | UNSECURED | 1434.83 | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 527.43 | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 858.97 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,464.00 | | 692.00 |
| TOM VAUGHN | TRUSTEE | | | 48.00 |
| DEBTOR REFUND | REFUND | | | .00 |

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                    RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 740.00

PRIORITY                                    .00

            PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 03535 MARCIA WALKER

```
SECURED                                                       .00
UNSECURED                                                     .00
ADMINISTRATIVE                                            692.00
TRUSTEE COMPENSATION                                      48.00
DEBTOR REFUND                                                 .00
                          ---------------    ---------------
TOTALS                         740.00             740.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 05/26/08                    /s/ Tom Vaughn
                                   _____

                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
              CASE NO. 07 B 03535 MARCIA WALKER